UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA BEEM,<br><br>               Plaintiff,<br><br>vs.<br><br>PROVIDENCE HEALTH AND SERVICES,<br><br>               Defendant. | NO. CV-10-037-JLQ<br><br>**ORDER DENYING MOTION FOR COURT ENDORSEMENT OF PROTECTIVE ORDER** |

      The Parties have moved the court for entry of a protective order concerning the confidentiality of certain discoverable information in this case.  The parties, without court order, have agreed among themselves as to matters which are to be kept confidential.  "Blanket" protective orders are, by their very nature, overly inclusive, and even though stipulated, may not be entered under Rule 26(c).  *See Foltz v. State Farm Mut. Auto Ins. Co.,* 331 F.3d 122, 1131 (9th Cir. 2003).  The court finds that the Parties' proposed protective order is overly broad in nature, with insufficient particularity, and may be characterized as a "blanket" proposed protective order which the court does not, as a matter of policy, participate in.   Accordingly,

      **IT IS HEREBY ORDERED**:

      1. The Parties' Joint Motion for Protective Order (Ct. Rec. 12) is **DENIED**. The denial of court participation in the agreement between the parties shall not affect the validity of the agreement as between the parties.

      The Clerk is hereby directed to enter this Order and furnish copies to counsel.

      **DATED** this 29th day of April, 2010.

                              s/ Justin L. Quackenbush
                            JUSTIN L. QUACKENBUSH
               SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1