# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ANGELA BEEM,

        Plaintiff,

v.

PROVIDENCE HEALTH & SERVICES,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 10-CV-0037-TOR

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the Defendant.

May 23, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen